Case 3:22-cv-00255   Document 15   Filed on 04/20/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 20, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

No. 3:22-cv-255

GUADALUPE ALUISO, JR., TDCJ #02149558, PETITIONER,

v.

BOBBY LUMPKIN, RESPONDENT.

## FINAL JUDGMENT

JEFFREY VINCENT BROWN, *UNITED STATES DISTRICT JUDGE*.

For the reasons stated in the memorandum opinion and order entered this day, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on Galveston Island this 20 day of April, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE